AO-91 (Rev. 8/01) Criminal Complaint

# UNITED STATES DISTRICT COURT

United States District Court
Southern District of Texas
FILED

JUN 1 2 2015

David J. Bradley, Clerk

**SOUTHERN** DISTRICT OF **TEXAS**

UNITED STATES OF AMERICA
V.

Jesus MARTINEZ-Garcia
YOB: 1990 POB: Mexico
Citizenship: Mexico

**CRIMINAL COMPLAINT**

Case Number: M-15-0958-M

I, the undersigned complainant state that the following is true and correct to the best of my Knowledge and belief. On or about **June 11, 2015** (Date) in **Hidalgo** County, in the **Southern** District of **Texas** Defendant(s) did,

Knowingly possess with intent to distribute approximately 20.86 kgs of Cocaine, a Schedule II controlled substance, and did knowingly conspire to possess with intent to distribute approximately 20.86 kgs of cocaine, a Schedule II controlled substance, and did knowingly attempt to import approximately 20.86 kgs of Cocaine, a schedule II controlled substance into the U.S.

in violation of Title **21** United States Code, Section(s) **841(a)(1), 846, and 952**.

I further state that I am a(n) **Special Agent** (Official Title) And that this complaint is based on the following facts:

See Attachment "A"

Continued on the attached sheet and made a part of this complaint: ☒ Yes ☐ No

OK to file. TDT

_____
Signature of Complainant

Erik Diaz, HSI Special Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

**June 12, 2015**   8:58 am
Date

U.S. Magistrate Judge, Peter Ormsby

McAllen, Texas
City and State

_____

**Attachment "A"**

On June 11, 2015, United States (U.S.) Customs and Border Protection Officers (CBPOs) at the Hidalgo, Texas Port of Entry (POE) encountered Jesus MARTINEZ-Garcia, driving a white Isuzu Rodeo as he attempted to make entry into the U.S. MARTINEZ was referred to secondary inspection at the POE due to the low number of crossings with the vehicle.

At secondary inspection, the vehicle was x-rayed and anomalies were observed within the spare tire of the vehicle.

A search of the spare tire of the vehicle revealed 18 bricks inside. The contents of the bricks field tested positive for cocaine. The total weight of the bricks of cocaine was approximately 20.86 kilograms of cocaine.

CBPOs detained MARTINEZ and contacted Homeland Security Investigations (HSI) Special Agents (SAs) to further investigate.

HSI Special Agents (SAs) responded to the POE to interview MARTINEZ. MARTINEZ was read his Miranda Rights from a pre-printed form in the Spanish language. MARTINEZ waived those rights both orally and in writing by signing the pre-printed form.

MARTINEZ stated to SAs that he was involved at an altercation at a bar in Reynosa, Mexico which resulted in him being kidnapped by some unknown men. MARTINEZ stated he was taken to a house at an unknown location in Reynosa, Mexico where he was kept for two days. MARTINEZ stated that during that time, the unknown men searched his wallet and discovered that he had a border crossing card (Visa) which allowed him to come into the U.S. MARTINEZ stated he overhead the unknown men saying that he was useful to them. MARTINEZ stated the unknown men also discovered his Mexican voting card which displayed his address. MARTINEZ stated the unknown men threatened to harm his family if he didn't work for them.

MARTINEZ stated to SAs that initially the unknown men told him he was going to be transporting bulk currency for them into Mexico. MARTINEZ stated he was instructed to cross his vehicle into the U.S. on several occasions in order to show a normal crossing pattern into the U.S.

MARTINEZ stated that on June 2, 2015, he received a call from one of the unknown men and was instructed to drive the Isuzu Rodeo to a store in Mexico. MARTINEZ stated he left the truck with an unknown man and was told that he would receive a call once the truck was ready. MARTINEZ stated that it was at this time that he was told that he would be crossing drugs into the U.S.

MARTINEZ stated he then received a call on June 4, 2015, and was instructed to return to the store when he dropped off the truck. MARTINEZ stated once at the store, he was taken to convenience store in Reynosa, Mexico near the Hidalgo Port of Entry. MARTINEZ stated his Isuzu Rodeo was already parked at the store. MARTINEZ stated he was instructed by the unknown men to take the truck to Wal-Mart located at the intersection of Dicker and Jackson Road. MARTINEZ stated he was followed by the unknown men all the way to the port of entry in order to confirm that he committed to crossing into the U.S.

MARTINEZ stated after successfully smuggling the drugs into the U.S., he drove to Wal-Mart. Upon arriving at Wal-Mart, MARTINEZ stated he received a call from an unknown number. MARTINEZ stated he gave the keys to the Isuzu Rodeo to an unknown man and went inside the store. MARTINEZ stated he then received a call 20 minutes later advising him that the truck was ready.

MARTINEZ stated that on this occasion, he received a call on June 10, 2015, from an unknown man instructing him to take the truck to the same store where he dropped it off the first time. MARTINEZ stated he then received a call on June 11, 2015, advising him that the truck was ready. MARTINEZ stated that he was given the same instructions as the first time.

MARTINEZ stated that he was never told if he was going to be paid, but he was given $100 U.S. dollars to cover expenses on this attempt and on the previous smuggling event.